# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | SEA~~L~~ED UNSEALED 2/21/17 KJK |
| Plaintiff, ) | |
| v. ) | Criminal Action No. 17-14-UNA |
| HO KA TERENCE YUNG, ) | |
| Defendant. ) | REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

From on or about April 2015, the exact date being unknown, through on or about October 29, 2016, in the State and District of Delaware and elsewhere, the defendant, HO KA TERENCE YUNG, with the intent to harass and intimidate, and place under surveillance with intent to harass and intimidate another person, specifically Victim 1, used any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any facility of interstate or foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1, an immediate family member of

Victim 1, and the spouse and intimate partner of Victim 1, in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b).

A TRUE BILL:

_____
Foreperson

CHARLES M. OBERLY, III
UNITED STATES ATTORNEY

By: _____
Shawn A. Weede
Elizabeth L. Van Pelt
Assistant United States Attorneys

Dated: February 16, 2017

2