# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Criminal Action No. 17-14-LPS |
| HO KA TERENCE YUNG, | ) ) | |
| Defendant. | ) ) | |

## STATUS REPORT AND UNOPPOSED MOTION TO EXCLUDE TIME

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, Acting United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

1. On January 30, 2018, the Court denied the defendant's motion to dismiss the indictment and ordered the parties to submit a status report by February 5, 2018. (D.I. 44 & 45).

2. The parties have conferred and respectfully request additional time to work towards a non-trial disposition of the case, with another status report due on or before March 12, 2018.

3. In order to facilitate this plan, the government requests that the Court exclude the time from February 2, 2018, until March 12, 2018, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*). The government submits that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h). Mr. Yung's counsel – Eleni Kousoulis, Esq. – has been consulted and has no objection.

WHEREFORE, the government respectfully requests that the Court grant its Unopposed Motion to Exclude Time.   A proposed Order is attached.

        Respectfully submitted,

        DAVID C. WEISS
        Acting United States Attorney

By: /s/ Shawn A. Weede
        Shawn A. Weede
        Assistant United States Attorney

Dated:   February 2, 2018

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 17-14-LPS |
| | ) |
| HO KA TERENCE YUNG, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Having considered the government's Status Report and Unopposed Motion to Exclude Time, **IT IS HEREBY ORDERED** that the period from February 2, 2018, through March 12, 2018, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report on or before March 12, 2018.

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge

Dated: