# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Criminal Action No. 17-14-LPS |
| HO KA TERENCE YUNG, | ) ) ) | |
| Defendant. | ) | |

## STATUS REPORT AND UNOPPOSED MOTION TO EXCLUDE TIME

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney, and hereby submits the following:

1. On January 30, 2018, the Court denied the defendant's motion to dismiss the indictment. The Court ordered the parties to submit a status report with regard to next steps in the case by April 9, 2018.

2. The parties have conferred and respectfully request additional time to work towards a non-trial disposition, with another status report due on or before May 9, 2018. In particular, a proposed memorandum of plea agreement has been extended to the defendant, but he has requested additional time to examine certain computer forensic evidence in the case, which the government recently provided to him.

3. In order to continue to work towards a non-trial disposition, the government requests that the Court exclude the time from April 9, 2018, through May 9, 2018, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*). The government submits that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h). Mr. Yung's counsel has been consulted and has no objection.

WHEREFORE, the government respectfully requests that the Court grant its Unopposed Motion to Exclude Time.   A proposed Order is attached.

                              Respectfully submitted,

                              DAVID C. WEISS
                              United States Attorney

                    By:  /s/ Shawn A. Weede
                              Shawn A. Weede
                              Assistant United States Attorney

Dated:   April 9, 2018

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 17-14-LPS |
| | ) |
| HO KA TERENCE YUNG, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Having considered the government's Status Report and Unopposed Motion to Exclude Time, **IT IS HEREBY ORDERED** that the period from April 9, 2018, through May 9, 2018, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h).

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report on or before May 9, 2018.

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge

Dated: