IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 17-14-LPS |
| HO KA TERENCE YUNG, | ) ) ) |
| Defendant. | ) ) |

**STATUS REPORT AND UNOPPOSED MOTION TO EXCLUDE TIME**

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Shawn A. Weede, Assistant United States Attorney, and hereby submits the following:

1. On January 30, 2018, the Court denied the defendant's motion to dismiss the indictment. The Court ordered the parties to submit a status report with regard to next steps in the case by April 9, 2018.

2. The parties have conferred and respectfully request additional time to work towards a non-trial disposition, with another status report due on or before July 11, 2018. Pursuant to ongoing plea discussions, on June 8, 2018, a revised memorandum of plea agreement and supporting documents were provided to the defendant. The defendant has requested an additional 30 days to review this proposal with counsel. If an agreement is reached prior to July 11, 2018, the government will contact the Court to schedule a plea hearing.

3. In order to continue to work towards a non-trial disposition, the government requests that the Court exclude the time from June 11, 2018, through July 11, 2018, under the Speedy Trial Act (18 U.S.C. § 3161 *et seq.*). The government submits that the time is excludable because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h). Mr. Yung's counsel has been consulted and has no objection.

WHEREFORE, the government respectfully requests that the Court grant its Unopposed Motion to Exclude Time.  A proposed Order is attached.

        Respectfully submitted,

        DAVID C. WEISS
        United States Attorney

By: /s/ Shawn A. Weede
        Shawn A. Weede
        Assistant United States Attorney

Dated:   June 11, 2018

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 17-14-LPS |
| HO KA TERENCE YUNG, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Having considered the government's Status Report and Unopposed Motion to Exclude Time, **IT IS HEREBY ORDERED** that the period from June 11, 2018, through July 11, 2018, is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.  *See* 18 U.S.C. § 3161(h).

**IT IS FURTHER ORDERED** that the parties shall submit a joint status report on or before July 11, 2018, unless a plea hearing is scheduled in the interim.

_____
The Honorable Leonard P. Stark
Chief United States District Court Judge

Dated: