IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 17-14-LPS |
| HO KA TERENCE YUNG, | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR STATUS CONFERENCE**

Defendant, Ho Ka Terence Yung, by and through his undersigned counsel, Eleni Kousoulis, Assistant Federal Public Defender, hereby moves this Court for an Order scheduling a status conference in this case. In support of this motion the Defendant avers as follows:

1. On February 16, 2017, the Grand Jury for the District of Delaware returned a one-count Indictment against Mr. Yung, charging him with stalking via an electronic communication system, in violation of 18 U.S.C. §§ 2261A(2)(B) and 2261(b).

2. Mr. Yung has accepted a plea offer from the government. A change of plea hearing was scheduled for August 29, 2018. At that hearing, an issue arose regarding evidence that Mr. Yung wished to make part of the record in connection with his acceptance of the government's plea offer. Specifically, Mr. Yung wishes to have the search warrant and affidavit for his Texas apartment made a part of the record. The government has no opposition to making the search warrant and affidavit a part of the record. However, the search warrant affidavit was filed under seal in the Northern District of Texas due the personal identifying information of certain individuals contained therein. On August 16, 2018, Assistant United States Attorney Shawn Weede provided

a redacted copy of the search warrant affidavit to the Magistrate Court in the Northern District of Texas, and requested that the redacted version of the search warrant affidavit, with the personal identifying information removed, be unsealed and filed, so that it can be made a part of our record at Mr. Yung's change of plea hearing. The Parties expected that this would be done by the date of Mr. Yung's August 29, 2018 change of plea court date. However, at the time of Mr. Yung's change of plea hearing on August 29, 2018, the Northern District of Texas had not yet unsealed the search warrant affidavit. As such, the Parties were not able to go forward with change of plea hearing at that time, and the change of plea hearing was continued to a date to be determined.

3. The Parties respectfully request that the Court permit them time to continue to work to have the redacted version of the search warrant affidavit unsealed and schedule this case for a status conference in three weeks. Assistant United States Attorney Shawn Weede has informed Defense counsel that he is confident that the search warrant affidavit will be unsealed shortly.

4. The defense has no objection to excluding, under the Speedy Trial Act (18 U.S.C. § 3161, et seq.), the time until the date of the status conference.

5. If the search warrant affidavit is filed prior to the date of the status conference and the Parties are prepared to go forward with the change of plea hearing, the government will notify the Court prior to the date of the status conference and request a change of plea date be scheduled.

6. Assistant United States Attorney Shawn Weede informed Defense counsel that the government does not oppose the instant motion.

WHEREFORE, it is respectfully requested that the Court schedule a status conference in this case for anytime after September 24, 2018.

                                                Respectfully submitted,

                                                EDSON A. BOSTIC
                                                Federal Public Defender

Dated: August 30, 2018        By:    /s/ *Eleni Kousoulis*
                                                ELENI KOUSOULIS, ESQUIRE
                                                Assistant Federal Public Defender
                                                District of Delaware
                                                800 King Street, Suite 200
                                                Wilmington, DE 19801
                                                302-573-6010
                                                de_ecf@fd.org

                                                Attorney for Ho Ka Terence Yung