January 30, 2019

<u>Confidential</u>

Chief United States District Court Judge Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

       <u>Re: U.S. v. Yung – victim statement for sentencing (Victim #1)</u>

Your Honor,

Regretfully, I am victim #1 in this criminal case against Mr. Yung.  We have respectfully requested to be referred to by "victim numbers".  Here is why.  Once the press release for this case was issued, it has been terrifying to see some commenters on websites suggest that they should pick up the torch to help teach me and my family that the avalanche of poor treatment will continue.  Our family is fearful of copycat evil doers.

May I please ask for your patience in advance?  I have never completed a task like this yet want to be effective and descriptive on behalf of all of the hard-working Federal, State of Delaware, New Castle County and other valued resources who have worked so hard over the almost four (4) years on this case for the victims.  I appreciate the opportunity to be heard regarding the impact that the unlawful and outrageous criminal conduct has had on my life and my families' life.   In my 56 years of life, writing this letter is probably one of the hardest things I have done as it causes me to relive the worst period of my life.  That worst period continues and will likely never end.  Stress causes havoc on any family's physical, mental, and emotional status.

<u>Impact:</u>
With my Midwest upbringing, this exercise is difficult for me.  In addition, I had not realized how challenging it would be to put these ongoing thoughts, fears, and concerns in writing.  Since this began, I have not had a decent night sleep.  I have nightmares about our doorbell being rung and someone sent by the evil doer is at our home in the middle of the night to deliver harm, pain, and possibly worse to my family.  I have terror attacks in the middle of the night which cause me to physically get up and move about and then mentally wake up somewhere else in the house.  Any sound similar to a phone ring or doorbell awakes me in a cold sweat.

My typical morning is completely different than before all of this started.  Since this all began, I wake up thinking all of this has been a slumber induced nightmare.  The typical daily pain and suffering is when I realize that all that my family has endured, all that my colleagues have endured, all that my primary employer has endured, and all that my alma mater has endured really did happen. It was not a slumber induced bad dream.  It is a real life, awake nightmare which was unnecessary, intentional, vile, and violative of society.

Virtually each aspect of our family's actions and movement is significantly impacted by this nightmarish crime with ongoing and lingering aspects stemming from the original offenses.  A few examples follow:

- Any knock at the door or any ringing of the doorbell sends my wife and children into a predetermined scramble to each individual's police approved "safe spot".  This is a rational

- response when law enforcement has confirmed at least eight (8) strangers to our home being guided and directed through electronic means by the evil doer with the likely intent to rape and murder our family coupled with requests for property damage and the like.  The knock or doorbell triggers a detailed review by me of reasonable viewing points of the four (4) sides of the house to determine if others are involved, strange vehicles nearby and the like.  We have stopped putting decorations on our front door as it impedes my ability to see who may be approaching our home.  Law enforcement has "cancelled" Halloween for the last several years as it is the only holiday when strangers wearing masks and costumes may approach the house and be a potential risk.

- When the phone rings with a non-recognizable phone number or "blocked" – our family panics as it could be another "bad call".  We have used the phrase "bad call" in reference to third party males calling to arrange to have sex with my wife (victim #2), third party males looking to have sex with our male child (victim #3), or third party males looking to have sex with me.  Retrieving a voice mail gives the same trepidation and concerns. Our family's home phone has received at least 172 "bad voicemails".  For over three (3) years we unplugged our home phone to strive to sleep as the "bad calls" just coming and coming.  With elder care and important family matters, this necessary approach put our family in great danger as cell phone availability within our home is intermittent at best.

- Strange cars and vehicles standing or parked in front of our property.  Our family scrambles to determine a situation awareness – paint color, type of vehicle, if the car or truck has headlights on or off, the engine running, is occupied, how many people, any movement, interior cabin lights on or off, license plate info, etc.  The discussion then leads to whether to reach out and access scarce and valuable law enforcement resources by calling 9-1-1.  The same response and framework approach apply to pedestrians walking on the sidewalks or road who our family does not recognize.

- Leaving the house triggers an exterior review for all four (4) sides of the house to identify any people, strange cars, strange trucks, etc.  When we are driving, we are constantly checking our mirrors for cars following us.  When we return home, we do a full visual review.  Any strange cars or trucks triggers a drive around the neighborhood to more fully evaluate with a potential call to law enforcement and the like.

- We have continued alumni interviews as we have been encouraged to not let the bad guy "win".  Instead of viewing these young people as excited, energetic, potential students to our beloved alum mater, I intuitively view each candidate as a potential stalker who may further impact our family.

There are many, many more aspects of everyday life which has been detrimentally impacted.  In short, law enforcement encourages all victims to be in a "solid condition yellow" yet not a full panic condition "red".  To be candid, prior to these criminal actions our family had no idea that we were in condition "green" and how freeing and wonderful condition green really feels.  Our family will never know that feeling again – period.

Factors:
Situation background & context – this case stems from charitable work.  An alumni interview conducted by me as an unpaid volunteer for about 20 minutes with very few questions actually answered by Mr. Yung.  Mr. Yung did not gain admission and blamed me.  Alumni interviewers do not make any admissions decisions.  Mr. Yung received admission with a full ride scholarship on the same day as the non-admission decision associated with the alumni interview I conducted.

Time components – the crimes in this case were actively implemented, adjusted, reinforced, and followed up for a period of almost two years - longer than the time period covered by Bonnie & Clyde's scourge of the Midwest.  This was not an instance of posting an unkind note on Saturday and removing it on the following day.

Actions – the actions initiated were always through unwitting third parties and are dangerous to the intended targets, their families, their communities and other innocent bystanders, in addition to the brave law enforcement officers.

Reactions – without fail, each and every awareness of the civil investigation and police investigation resulted in a significant ramping up of the criminal actions putting our family and the other victims at even greater risk to safety, life, and other life altering impacts.  This approach demonstrates an attitude of non-accountability and willingness to endanger others through third parties.

Conscious state – has a history of providing false information to meet his own needs, for example altered his law school transcript grades for a law clerk internship with a Federal judge.  In addition, there has been two (2) years of incarceration to finally come to a plea deal.  Based on information and belief, there is an unrelated victim not associated with this criminal case, who knew this evil doer and was still incurring online abuse for a lengthy time.  These summary observations do not indicate the conscious state of someone who knows right versus wrong and readily accepts responsibility and accountability.

Help to rehabilitate – based on information and belief there has been no counseling or other professional, licensed assistance rendered during the period of incarceration.  This is not the course of action of someone striving to gain the coping skills and avoid problems going forward.

It is our hope and prayer that Your Honor will fully support these goals by imposing the maximum available and longest probation and other factors to address our desire for justice and safety for the protection of our family, friends, colleagues, and innocent bystanders.

<u>Recommendations:</u>

- Maximum detention sentence available, with the longest probation and/or oversight period post time served as possible.
    - Court order for mandatory mental health evaluation and treatment.
    - Remove any and all content, pictures, postings, comments and the like.
    - Court order to all websites to remove any and all postings (there are some sites which will not remove material without a court order)
    - On each and every website and/or internet service that Defendant has posted whether it is visible today or not, court ordered posting:

        > "My name is Mr. Ho Ka Terence Yung.  I have been convicted of federal felony cyberstalking by the United States District Court in 2018.  I used the internet and other electronic means to terrorize a charity volunteer, his family, his colleagues, his employer, his alma mater, and many others. In 2019 the U.S. District Court sentenced me to Federal prison for several years, and to make restitution and pay damages to all victims.  The U.S. District Court for Delaware has ordered me to post this message and requires the website and any successor(s) thereof to keep this post unaltered, unchanged, clearly visible & prominently displayed, and not deleted in perpetuity."

- o   Permanent restraining order for defendant and entire family, etc. for all victims (with addresses redacted, etc).
- o   Court order for no disclosure of any information or material to any party by Defendant, his family, and any of his past, current or future counsel, agents, and the like.
- o   Court order to never publish, sell, or achieve any economic gain from this situation or any remotely similar scenario (film, book, blogs, etc).
- o   Permanent restraint to not use the internet during incarceration, parole, and longer.
- o   Permanent restraining order to never own firearms, dangerous weapons, etc.
- o   Restitution and damages to all victims.

- While under Court control:
    - o   GPS monitoring.
    - o   When released, not released to family in Delaware (less than 5 miles from several victims).
    - o   Court order for mandatory mental health evaluation and treatment.

- After daily court control ends:
    - o   Court order for mandatory mental health evaluation and treatment.
    - o   Court order to attach a copy of this Court's decision to any application to the bar or to practice law or to any professional certification or license.
    - o   If apply to the bar or practice law or any professional license, notify this Court of said application.
    - o   Permanent restraint to not use the internet during incarceration, parole, and longer.
    - o   Permanent restrain to not use VPN (or any other similarly functioning tool or software and the like) directly or indirectly.
    - o   Relinquish passport.
    - o   Permanent restraint so cannot own, possess, or use any electronic device.
    - o   Cannot directly and/or indirectly create or cause to create any social media account, access, posting, comments and the like.
    - o   Must use his own full legal name for any communication to any third party for any matter.
    - o   Court order to consent for access and review of any and all potential electronic devices which he may come in contact.

The impact to our family has not only been mental, emotional and physical, it has impacted us financially as well.

Financial impact:

    Direct

        Cyber investigation fees* $2,775.00
        Attorney fees* $39,234.65
        Home security system upgrade $2,069.00
        Travel $153.00
        Other $57.16
        Direct total = $44,288.81

        (*) please note that these professionals rendered written statements to the Court on this case for no charge as they felt so strongly about the seven Victims' plight, endangerment, and experiences.

    Indirect
        401k loans $50,000.00
        Lost benefits $157,245.40
        Other funding $373,391.85
        Est. lost business $225,000.00
        Est. lost opportunity $305,789.85
        Indirect total = $1,111,427.10

We are hopeful and prayerful that this statement has been helpful to Your Honor and the Court.  If the Court would provide a Protective Order for all of the victim statements that would be appreciated.

Sincerely,

/s/ Victim #1