January 31, 2019

Chief United States District Court Judge Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

US v. Yung: Victim Impact Statement – Victim #2

Your Honor,

Good morning your Honor.  I am the wife of Victim #1 in this case, the mother of Victim #3 in this case, and a Victim myself (Victim #2).

I thank you for the opportunity to share this statement today.

This has been a terribly frightening ordeal for my entire family, and we are still very concerned for our safety with the knowledge the Defendant, Mr. Yung seems to know no limits when he considers himself provoked. What might he do when he decides that he was treated badly by all in the justice system and wrongly convicted of this crime?

This all began with a single and brief contact between my husband, Victim #1, and Mr. Yung. Mr. Yung had applied for Law School admission at our Alma Mater, and my husband was assigned this particular interview.  The meeting was brief as Mr. Yung demonstrated that he was not interested in speaking with my husband and felt that his grades and other credentials spoke for themselves and there was no need for interview, despite the fact that it is part of the application process. There was no further contact between my husband and Mr. Yung after that brief interview. I never met Mr. Yung and nor did our child (Victim #3).

From that one brief encounter, Mr. Yung unleashed a torrent of violent and terrifying behavior directed at my husband, my son, my husband's colleagues, and myself.  For a period of close to two years, he relentlessly attacked us.  He posted vile and violent images online showing killings, lynching, and all manner of graphic sexual images.   He created word press accounts and wrote violent stories about rape and death and attributed the actions and conduct to my husband.  He created fake Instagram accounts in my husband's name and posted images of diseased genitalia, and other violent images.  He created fake online profiles in my name, using our home address, and phone number soliciting sex. He induced perfect strangers to come to our house in the middle of the night looking for me.  We received phone bombs that would begin late at night and the phone range all through the night.  This was absolutely petrifying as the phone would ring and ring beginning very late at night.  On one occasion he induced a man to come to our house to meet me for sexual relations, but prior to ringing the door bell, Mr. Yung, posing as me, requested the man to first damage as a prelude to then beating me.  He posted fake obituaries for my husband and my son.  All of these atrocious actions made it clear to me and to my family, this man intended to carry out just the sort of things these horrible and violent images depicted.

He intended to first torture us for a time psychologically, then he intended to torture us physically and then kill us.

Mr. Yung's actions turned my life and my family's lives upside down.  We have been in constant fear that someone would randomly show up to rape, beat, and shoot one or all of us.  We installed an extensive and enhanced security system, we imposed new family rules requiring everyone to be back in the house by a certain hour in order to allow us to carefully prepare for the evening and lock the doors, before it got dark.  This interfered with social and work commitments for all of us. Friends and family could no longer reach us by calling our home phone number, as we turned the phone off for fear of the phone bombs.  I changed my weekend routine, which involves caring for my out of town senior parents, to make sure that I could be home with my family in time to properly secure the house.  I used to like to walk or jog in our neighborhood, but I no longer felt safe to venture out.  I would dread walking to the car in the driveway in the morning.  I was also constantly concerned Mr. Yung would do something to the cars and make them unsafe to drive or explode.  We were forced to confront the reality and risks that his behavior indicated and to need to prepare our children for living with these risks.  There were a lot of tears shed by all of us as we were terrified and didn't know where Mr. Yung might appear, or whether he would hire someone to suddenly appear.  It was very difficult to sleep well with the knowledge that absolutely anyone might appear at the door in the middle of the night, and despite our precautions that person might get inside. I was worried constantly for my husband and children's safety.  My family's reputation was impacted by the horrid images and content attributable to my husband and it did absolutely impact my husband's business.  Resources needed for other priorities was then needing to be spent having to defend against the attacks and we all believed new clients were reluctant to do business given that some of the content was easily found by a simple google search.  In fact it was a potential client that first brought the content he found online to my husband's attention.

We are afraid of what might happen in the years to come.   Mr. Yung will continue to have access to the internet and technology.  We simply don't know what might unleash the next torrent of abuse from him.  We are saddened by it, but we know that we are forced to continue to live looking over our shoulders and to remain vigilant.

We request that Mr. Yung be held fully accountable for his crimes to the full extent of the law.  We also request that he be ordered not to make any contact with us or to come within 500 feet of our home addresses, work addresses.  We request that he be required to get psychological help to ensure that no other persons or families are put through the ordeal he has put us through.  These are several items which I support are listed in Victim #1's list of recommendations please.

Thank you for allowing me to read this statement and for your consideration of this sentencing.


/s/ Victim #2 (wife of Victim #1 and mother of Victim #3)