February 2, 2019

<u>Confidential</u>

Chief United States District Court Judge Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

<u>Re: U.S. v. Yung – victim statement for sentencing (Victim #3)</u>

Your Honor,

Thank you for taking your valuable time to read my short yet hopefully impactful victim statement.  I am Victim #3.  My parents are Victim #1 and Victim #2.

I have lived in constant unknown fear and trepidation for almost four years regardless of time of day, location, or activity.  Not only fearful for myself, yet also my family, the other victims, and innocent bystanders.  I was away at college when this horrible situation started.  While I had a picture of the architect behind all of these crimes, the practical reality is that third party individuals were always sent to do his bidding.  I am not sure the picture was helpful or instructive for me or my college's police department.  While I appreciate that my school did their best to permit me as close to a reasonable college experience as possible, our home has been basically on a high security lockdown ever since this horrific situation began.  I have been moved to tears concerned that I may be made an orphan.  My heart aches due to these unknown fears and concerns for everyone's safety.  There is no normal life at home, school, or work now or in the future.  I love my family and they are important to me and to others.

My name and phone number listed on a "male seeking male" solicitation website, created Twitter account my full name using a screen grab from the Zapruder film of the Kennedy assassination as the profile picture, and created Pinterest accounts in my full name espousing support of bigotry and lynching.  This is not who I am – period.  These actions were considered, designed, implemented, and adjusted or expanded across a lengthy period of time for maximum, long term physical, mental, emotional, reputational, and familial harm to all the victims.

I know almost all of the victims.  These characterizations are wholly outside of their core values and character.

Please consider the maximum penalties available for this case to provide justice and safety for our family, the other victims, and innocent bystanders.

Best regards,

/s/ Victim #3 (child of Victim #2 and Victim #1)