Chief United States District Court Judge Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

February 4, 2019

In regard to the United States v. Yung

As a work colleague of Victim Number One in this action and as a victim also (Victim #4) named in the investigation, I am submitting this victim statement intended to provide background and rationale for levying a strict and lengthy sentence to Mr. Yung.

Neary four years ago, in June 2015, I received a call from an associate in our firm advising that a contractor had contacted him and stated he would not do work with our firm.  In the process of learning about and considering performing work for our firm, the contractor did an internet search about the management team. The contractor discovered disturbing images and articles centering around Victim Number One and our company.  Additionally, articles were written in which a person, unknown to me at that time, impersonated me and wrote an utterly false and vile story which eventually was replicated in numerous languages and circulated in multiple internet and social media forums.

The contractor's notification marked the beginning of what we discovered was a malicious, deliberate and ongoing attack focused on Victim Number One and his immediate family.  The attack continued to grow in its breadth and depth encompassing our firm, the CEO, myself, and Victim Number One's alma mater.

Through many months of extensive and expensive research, we learned Mr. Yung was the source of unfounded and false information deliberately spread to cause harm to Victim Number One and his personal and work families.  Our repeated attempts over the course of several months to remove the vulgar postings through various legal challenges and channels were met with increased and escalated activity that has continued for nearly two years.

Mr. Yung selected images and fabricated stories that are centered around abhorrent behavior in a concerted effort to defame, embarrass and ruin the reputations of Victim Number One, his family, the firm for which we work, and the firm's management team.  Anyone who was exposed to any of the dozens of falsehoods would be disgusted by the depraved nature of the information which in no way represents the victims who are respectful, respectable, caring, and socially responsible people.

One cannot contemplate any reason how Mr. Yung could justify his actions as he perpetrated this vicious, long-running attack.  It is my firm belief that everyone who has been the target of his deeds has been forced to cope with stress, anxiety, health issues and fear resulting from this egregious violation of privacy and personal safety of the victims.  The relentless attacks that continued for nearly two years have taken a physical toll on me for which I have had to seek medical intervention.  No one, especially the immediate family of Victim Number One, should live with the ongoing fear of being stalked on the internet.

Mr. Yung is not personally known to me nor have I ever had any communication, in any form, with him. Yet, he sought to impersonate and defame me in a manner that has inflicted damage to my reputation, business and health.

The fact that Mr. Yung selected the internet as his weapon in the ongoing personal assault of Victim One, his family, our company, a colleague and myself, and Victim One's alma mater is a key reason I respectfully request that Mr. Yung receive and serve the maximum penalties for the crime for which he has been convicted.

Since the investigation and conviction, I moved out of the state in which I was residing during Mr. Yung's criminal activity.  If this was a situation where the harassment was conducted in person, moving 1,200 miles away would provide an improved sense of security from further intrusions.  With the ubiquitous use and prevalence of the internet, there is absolutely no assurance that any of the named victims are or ever will be safe from Mr. Yung and his vicious scheme.

It is my personal hope / plea that the sentencing of Mr. Yung will include, but not be limited to the following:

- Imprisonment for the full duration of time allowable under the statutes for this crime.
- No access to the internet during his imprisonment.
- Upon his release from imprisonment, Mr. Yung access to the internet must be limited and/or monitored.
- A statement attached to all Mr. Yung's internet activity that clearly states he has been convicted of cyberstalking for the longest period permitted under law or during his post imprisonment probation time.
- A demonstration of remorse for the choices he made and his criminal activities.
- A requirement for ongoing personal counseling or therapy with a certified professional to support him in finding appropriate ways to interact when he is faced with adversity.
- A physical restraining order for a period of no less than (TBD) years that precludes Mr. Yung from any personal contact with any of the named victims in this court action.

Thank you for your consideration of this statement and request.

Respectfully Submitted,

Female Colleague of Victim Number One and Named Victim #4 in the Investigation