January 31, 2019

<u>Confidential</u>

Chief United States District Court Judge Leonard P. Stark
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

      <u>Re: U.S. v. Yung – Victims #5 and #6 statement</u>

Your Honor,

Thank you for taking your time on this important case.  I am Victim #5.  The Company is Victim #6.  May I ask you to please forgive me for not being at the hearing in person?  Please interpret my absence as being previously committed to other important business matters.  Please be assured that this case and your decision is important to all the Victims.  The company and I are fully supportive of all the Victims.

I have worked for the Company since I purchased the company in 2005.  I have known Victim #1 since 1984.  Victim #1 has been with our Company since 2006.  Victim #4 has been with our Company since 2007.  I know these people and their families well.

It has been painful, horrible, and gut wrenching to watch the impact of these crimes on people I work with so closely, know so well, and their families as well as our business.

These crimes have impacted the ability of our people to travel for company business.  It has impacted the timing of travel, length of travel available, and in many cases if the resource could travel at all.  We are a virtual based company with each resource working from their residence, so business travel is an important and productive means for external and/or internal meetings, etc.

Before this began, we were fortunate to have a dialogue with our business partners to better understand if we do not receive a piece of business with specifics provided (e.g. timing, availability of resources, etc).  Since this began, we have not had the courtesy of any specific reason for not being awarded business although we initially found out about these painful, horrible, and gut-wrenching items that were being posted on the internet about our business and its associates by one of our potential new business partners.  That said, it would be rare for someone to be willing to bring up such easily searched internet findings and websites as part of a potential business transaction.

In addition to the mental, physical, and emotion impacts to our work family, these crimes have impacted our Company financially.

      Lost business $500,000 per year

Separately, I have provided input and reviewed the financial impact for Victim #1 which includes loans, lost benefits, and other funding.  I am comfortable and approve the financial impact figures for Victim #1.

Would you please implement all of the recommended items in the Victim #1 statement?  If you have other suggestions which would help with justice and safety, that would be great.

Best regards,

/s/ Victim #5 and on behalf of the Company

Court Protective Oder requested – Confidential       Page **1** of **1**